IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DJB HOLDINGS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARWIN NATIONAL ASSURANCE )<br> COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 17-613 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), defendant Darwin National Assurance Company (now known as Allied World Specialty Assurance Company) ("Allied World") files this Notice to remove the above-captioned case to this Court and, in support of removal, respectfully states as follows:

1.  Allied World is the sole defendant in a civil action brought by plaintiff DJB Holdings LLC ("DJB") on or about March 7, 2017 in the Superior Court of the District of Columbia, styled <u>DJB Holdings LLC v. Darwin National Assurance Company</u>, Case No. 2017 CA 001510 B (D.C. Super. Ct.).

2.  Counsel for Allied World received a courtesy copy of the Complaint in this action from counsel for DJB on March 15, 2017. On March 21, 2017, Allied World agreed to accept service of the Summons and Complaint, in exchange for DJB's agreement that Allied World could answer or otherwise respond to the Complaint on or before May 15, 2017. On March 30, 2017, the undersigned signed an Acknowledgment of Receipt of Summons, Complaint and Initial Order pursuant to D.C. Superior Court Rule 4(c)(4). This Notice of Removal is therefore

filed within thirty (30) days of service of the Complaint on Allied World and is timely filed under 27 U.S.C. § 1446(b).

3. Copies of the Complaint, the Summons, the Information Sheet, the Initial Order and Addendum, and the Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order, being all of the papers served upon Allied World in this action, are attached hereto as Exhibit A.

4. This is a civil action over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332, because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs, in light of the damages sought by DJB.

5. DJB, the sole plaintiff in this action, is a limited liability company which has as its sole member Dawn J. Bennett. Ms. Bennett is, and was at the time this action was commenced, an American citizen residing and domiciled in (and therefore a citizen of) the state of Maryland. Accordingly, for purposes of determining diversity of citizenship, DJB is and was at the time this action was commenced a citizen of the state of Maryland. See CostCommand, LLC v. WH Administrators, Inc., 820 F.3d 19, 21 (D.C. Cir. 2016).

6. Defendant Allied World is an insurance company organized and incorporated under the laws of the state of Delaware, and has its principal place of business now and at the time this action was commenced in New York, New York. Therefore, Allied World is a citizen of the states of Delaware and New York.

7. In the Complaint, DJB seeks insurance coverage under a policy issued by Allied World for loss allegedly incurred by it in connection with claims by federal government agencies. The amounts that it seeks from Allied World include amounts allegedly due under the

policy, which has a limit of $1,000,000.  DJB alleges that it has incurred loss that exhausts the $1,000,000 policy limit, and has damages that exceed $1,000,000.  Thus, the damages at issue in this action exceed $75,000 exclusive of interest and costs.

8.      Removal of this action is therefore proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the district courts of the United States have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiff and defendant are diverse in citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, Allied World, the only defendant in this action, pursuant to 28 U.S.C. § 1441 and in conformance with the requirements set forth in 28 U.S.C. § 1446(b) and the Rules of the United States District Court for the District of Columbia, removes this action for trial from the Superior Court of the District of Columbia, on this 6th day of April, 2017.

Dated:  April 6, 2017                                    Respectfully submitted,

       /s/ Jonathan A. Constine
Jonathan A. Constine (D.C. Bar # 416887)
Richard Ambrow (D.C. Bar # 1002831)
TROUTMAN SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Tel: 202.274.2891
Fax: 202.274.2994
jonathan.constine@troutmansanders.com
richard.ambrow@ troutmansanders.com

Attorneys for Defendant
Darwin National Assurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Removal of Action was furnished on April 6, 2017 by U.S. Mail, first class postage prepaid, to the following attorney:

> Richard D. Milone
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001
>
> Attorney for Plaintiff DJB Holdings LLC

      /s/Jonathan A. Constine
      Jonathan A. Constine