IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DJB HOLDINGS LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 17-613<br>) |
| DARWIN NATIONAL ASSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

This matter comes before the Court on the Joint Motion to Clarify Date for Submission of Joint Discovery Plan filed by Plaintiff DJB Holdings LLC and Defendant Darwin National Assurance Company (now known as Allied World Specialty Assurance Company). Upon consideration of the motion, the lack of opposition thereto and the record herein, it is hereby ORDERED that:

1. The Motion is GRANTED; and

2. The Court clarifies that the date for submission of the parties' Joint Discovery Plan is July 7, 2017, which is the date that the parties and the Court set on the record at the June 14, 2017 status conference.

SO ORDERED this 26 day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE