IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DJB HOLDINGS LLC**<br><br>          Plaintiff,<br><br>     v.<br><br>**DARWIN NATIONAL ASSURANCE COMPANY**,<br><br>          Defendant. | Civil Action No. 1:17-cv-00613(CKK) |

## JOINT DISCOVERY PLAN

Pursuant to the Court's Orders dated June 14, 2017 (ECF No. 9), and June 26, 2017 (ECF No. 13), Plaintiff DJB Holdings LLC ("DJB") and Defendant Darwin National Assurance Company (now known as Allied World Specialty Assurance Company) ("Allied World"), by and through undersigned counsel, hereby submit the following Joint Discovery Plan.

1. **Exchange of Written Discovery, Documents, and Other Materials.**

Plaintiff DJB served its first set of document requests and interrogatories upon Allied World on May 25, 2007.  Per the parties' agreement, on June 30, 2017, Allied World served its initial responses to those document requests and interrogatories.

Defendant Allied World served its first set of document requests upon DJB on May 23, 2017.  However, due to limitations on the number of requests contained in the Court's June 14, 2017 Order, Allied World withdrew those requests and served a second set of requests on June 15, 2017.

The parties will serve further written discovery, to the extent they deem appropriate, in accordance with the governing rules of procedure and the orders of the Court.

**2.      Depositions**

The parties' Rule 26 disclosures were recently exchanged and identified a total of nineteen (19) individuals with potentially discoverable information.  The parties have begun the process of identifying which of those individuals they wish to depose and seeking available dates from the witnesses on which to do so.  The parties will complete depositions in accordance with the January 17, 2018 discovery cut-off stated in the Court's June 14, 2017 Order (ECF No. 9).

**3.      Confidentiality**

The parties anticipate the production of discovery material requiring the protection of a Confidentiality Order, and will petition the Court for appropriate protection.

**4.      Electronically Stored Information**

The parties anticipate production of some electronically stored information.  The parties will work together to agree on a protocol for the production of such information if it becomes necessary.

| | |
|---|---|
| Dated: July 7, 2017 | Respectfully submitted, |

| | |
|---|---|
| /s/ Jonathan A. Constine | /s/ Richard D. Milone |

Jonathan A. Constine (D.C. Bar No. 416887)  
Richard Ambrow (D.C. Bar No. 1002831)  
Troutman Sanders LLP  
401 9th Street, N.W., Suite 1000  
Washington, D.C. 20004  
Telephone: (202) 274-2891  
Facsimile: (202) 274-2994  
Email: jonathan.constine@troutmansanders.com  
Email: richardambrow@troutmansanders.com  

*Counsel for Defendant*  
*Darwin National Assurance Company*

Richard D. Milone (D.C. Bar No. 440834)  
JONES DAY  
51 Louisiana Ave., N.W.  
Washington, D.C. 200001  
Telephone: (202) 879-7645  
Facsimile: (202) 626-1700  
Email: rmilone@jonesday.com  

Peter D. Laun (*pro hac vice*)  
JONES DAY  
500 Grant St., Suite 4500  
Pittsburgh, PA 15219  
Telephone: (412) 394-7930  
Facsimile: (412) 394-7959  
Email: pdlaun@jonesday.com  

*Counsel for Plaintiff DJB Holdings LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2017, a true and correct copy of the foregoing was served on the following via electronic mail:

Jonathan A. Constine
Troutman Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 274-2891
Email:  jonathan.constine@troutmansanders.com

*Counsel for Defendant*
*Darwin National Assurance Company*


Dated:  July 7, 2017                                     /s/ *Richard D. Milone*

                                                                        *Counsel for Plaintiff DJB Holdings LLC*