**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DJB HOLDINGS LLC**<br><br>            Plaintiff,<br><br>     v.<br><br>**DARWIN NATIONAL ASSURANCE COMPANY**,<br><br>            Defendant. | Civil Action No. 1:17-cv-00613(CKK) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to dismiss this action with prejudice, with each party to bear their own costs, attorney fees, and expenses.

Dated:  September 18, 2017                                    Respectfully submitted,

 /s/ *Jonathan A. Constine*                                          /s/ *Richard D. Milone*

Jonathan A. Constine (D.C. Bar No. 416887)      Richard D. Milone (D.C. Bar No. 440834)
Richard Ambrow (D.C. Bar No. 1002831)          JONES DAY
Troutman Sanders LLP                                         51 Louisiana Ave., N.W.
401 9th Street, N.W., Suite 1000                            Washington, D.C. 200001
Washington, D.C. 20004                                       Telephone: (202) 879-7645
Telephone: (202) 274-2891                                   Email:  rmilone@jonesday.com
Email: jonathan.constine@troutmansanders.com
Email: richardambrow@troutmansanders.com    Peter D. Laun (*pro hac vice*)
                                                                              JONES DAY
*Counsel for Defendant*                                          500 Grant St., Suite 4500
*Darwin National Assurance Company*              Pittsburgh, PA 15219
                                                                              Telephone: (412) 394-7930
                                                                              Email:  pdlaun@jonesday.com

                                                                              *Counsel for Plaintiff DJB Holdings LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DJB HOLDINGS LLC**<br><br>    Plaintiff,<br><br>  **v.**<br><br>**DARWIN NATIONAL ASSURANCE COMPANY**,<br><br><br>    Defendant. | Civil Action No. 1:17-cv-00613(CKK) |

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

Upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 15), it is HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own costs, attorney fees, and expenses.

    SO ORDERED.

Dated: _____                    _____
                                                                          COLLEEN KOLLAR-KOTELLY
                                                                          United States District Judge

Case 1:17-cv-00613-CKK   Document 15   Filed 09/18/17   Page 3 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, a true and correct copy of the foregoing was served on the following via electronic mail:

Jonathan A. Constine
Troutman Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 274-2891
Email:  jonathan.constine@troutmansanders.com

*Counsel for Defendant*
*Darwin National Assurance Company*

Dated:  September 18, 2017          /s/ *Richard D. Milone*

                                    *Counsel for Plaintiff DJB Holdings LLC*