# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DJB HOLDINGS LLC,

      Plaintiff

    v.

DARWIN NATIONAL ASSURANCE
COMPANY,

      Defendant

Civil Action No. 1:17-00613 (CKK)

## ORDER
(September 19, 2017)

In light of the parties' [15] Joint Stipulation of Dismissal With Prejudice, which indicates that the parties stipulate and agree to dismiss this action with prejudice, with each party to bear their own costs, attorney fees and expenses, it is, this 19th day of September, 2017, hereby

**ORDERED** that this case is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge